UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

BENJAMIN ABELLA, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,

v.

STUDENT AID CENTER, INC.; MOZEO, LLC

    Defendants.

CASE NO. 2:15-cv-03067-SD

---

### STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

AND NOW this _____ day of July, 2015, Plaintiff Benjamin Abella, individually and on behalf of all others similarly situated and Defendant Student Aid Center, Inc., by and through the undersigned counsel, stipulate that the time for Defendant Student Aid Center, Inc. to file a response to Plaintiff's Complaint is extended through August 3, 2015.

_____
David S. Senoff, Esquire
Attorney for Plaintiff

_____
Patrick T. Henigan, Esquire
Attorney for Defendant


_____
STEWART J. DALZELL    U.S.D.J.