UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:15-cv-03067-SD

BENJAMIN ABELLA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

v.

STUDENT AID CENTER, INC.; MOZEO, LLC

    Defendants.

## WITHDRAWL OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PLEADINGS

Defendant, Student Aid Center, Inc., by and through their undersigned counsel, hereby withdraw its Motion for Enlargement of Time to Respond to Plaintiff's Pleadings previously filed.

Respectfully submitted,

By: _____
Patrick T. Henigan, Esquire
Attorney for Defendant
344 West Front Street
Media, PA 19063
Telephone No.: (610) 565-3700

Dated: July 7, 2015