

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BENJAMIN ABELLA, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,

v.

STUDENT AID CENTER, INC.; MOZEO, LLC

    Defendants.

CASE NO. 2:15-cv-03067-SD

FILED
JUL 09 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

AND NOW this 9th day of July, 2015, Plaintiff Benjamin Abella, individually and on behalf of all others similarly situated and Defendant Student Aid Center, Inc., by and through the undersigned counsel, stipulate that the time for Defendant Student Aid Center, Inc. to file a response to Plaintiff's Complaint is extended through August 3, 2015.

_____
David S. Senoff, Esquire
Attorney for Plaintiff

_____
Patrick T. Henigan, Esquire
Attorney for Defendant

_____
STEWART DALZELL    U.S.D.J.