APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Abella, et al.

V.

Student Aid Center, Inc., et al.

Civil Action
No: 2:15-cv-03067-SD

DISCLOSURE STATEMENT FORM

Please check one box:

[x]  The nongovernmental corporate party, Student Aid Center, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

July 21, 2015
Date

[Signature]
Signature

Counsel for: Defendant

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)  WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1)  identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
  (2)  states that there is no such corporation.

(b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1)  file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2)  promptly file a supplemental statement if any required information changes.