IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN ABELLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STUDENT AID CENTER, INC. and MOZEA LLC | : | NO. 15-3067 |
| | : | |

ORDER

AND NOW, this 30th day of October, 2015, upon consideration of defendant Student Aid Center's motion to dismiss for failure to state a claim, motion to dismiss for lack of jurisdiction, motion to strike the class definition and allegations of consumer complaints from Abella's complaint, and motion for a more definite statement (docket entry #21), and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Student Aid Center's motion to dismiss for failure to state a claim is DENIED;

2. Student Aid Center's motion to dismiss for lack of jurisdiction is DENIED;

3. Student Aid Center's motion to strike the class definition and allegations of consumer complaints from Abella's complaint is DENIED;

4. Student Aid Center's motion for a more definite statement is DENIED; and

5. Student Aid Center's previous motion to dismiss for failure to state a claim, motion to dismiss for lack of jurisdiction, motion to strike the class definition and allegations of consumer complaints from Abella's complaint, and motion for a more definite statement (docket entry #17) are DENIED AS MOOT;

BY THE COURT:

   /s/ Stewart Dalzell, J.
Stewart Dalzell, J.