IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN ABELLA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>STUDENT AID CENTER, INC., a Florida corporation, and MOZEO, LLC, a New York limited liability company,<br><br>*Defendants*. | Case No. 2:15-cv-03067-SD |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT MOZEO, LLC PURSUANT TO FED. R. CIV. P. 41**

**PLEASE TAKE NOTICE** that Plaintiff Benjamin Abella ("Plaintiff"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his individual claim, and those of the putative class he seeks to represent, against Defendant Mozeo, LLC in this action *without prejudice*. In support of the instant notice, Plaintiff states as follows:

1. Plaintiff filed this action on June 1, 2015. (Dkt. 1.)

2. Fed. R. Civ. P. 41(a)(1)(A) provides, in relevant part, that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

3. Defendant Mozeo, LLC has not filed an answer nor a motion for summary judgment in this action.

4. Accordingly, the claims against Defendant Mozeo, LLC may be dismissed *without prejudice* and without an order of the Court.

1

5. Nothing in this Notice shall be deemed to affect in any way the pendency of Plaintiff Abella's claims, or those of the putative class, against Defendant Student Aid Center, Inc.

Respectfully submitted,

**BENJAMIN ABELLA**, individually and on behalf of all others similarly situated,

Dated: January 22, 2016    By:  /s/ Courtney C. Booth
              One of Plaintiff's Attorneys

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Courtney Booth (Admitted *Pro Hac Vice*)
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

David S. Senoff (PA 65278)
dsenoff@anapolweiss.com
ANAPOL WEISS
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
Tel: 215.735.1130
Fax: 215.790.4550

## **CERTIFICATE OF SERVICE**

      I, Courtney Booth, an attorney, hereby certify that on January 22, 2016, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal of Claims Against Defendant Mozeo, LLC Pursuant to Fed. R. Civ. P. 41*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 22nd day of January 2016.

                                                        /s/ Courtney C. Booth