UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 2:15-cv-03067-SD

BENJAMIN ABELLA, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

    Plaintiff,
v.

STUDENT AID CENTER, INC.; MOZEO, LLC

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

Student Aid Center, Inc. (**"Student Aid Center"**), hereby informs this Court that on February 8, 2016, Student Aid Center filed for relief under Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of Florida that has been assigned case number 16-11759-LMI. Student Aid Center respectfully suggests that pursuant to Title 11 U.S.C. § 362 all proceedings in this cause should be stayed pending further Order of the Bankruptcy Court, Southern District of Florida.

The undersigned certifies that a copy hereof has been furnished to David S. Senoff, Esq., ANAPOL WEISS, One Logan Square, 130 N. 18th St., Ste. 1600, Philadelphia, PA., 19103, Email:Dsenoff@cbmclaw.com, and Courtney Booth, Esq., EDELSON PC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, Email: Cbooth@edelson.com, Counsel for Plaintiff Benjamin Abella via transmission of Notices of Electronic Filing generated by CM/ECF or by First Class U.S. Mail, Postage Pre-Paid on this 8th day of February 2016.

Dated: February 8, 2016	Respectfully submitted,

*Counsel for Student Aid Center, Inc.*
SANCHEZMEDINA, GONZALEZ,
QUESADA, LAGE, ET AL.
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134
Telephone: 305-377-1000
Fax:	855-327-0391
Email: glage@smgqlaw.com

By: */s/ Gustavo Daniel Lage*
	Gustavo Daniel Lage
	*Pro Hac Vice* Florida Bar No. 972551