IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN ABELLA | : | CIVIL ACTION |
| v. | : | |
| STUDENT AID CENTER, INC. | : | NO. 15-3067 |

ORDER

AND NOW, this 9th day of February, upon receipt of defendant Student Aid Center's Suggestion of Bankruptcy (docket entry #40), it is hereby ORDERED that:

1. The pretrial conference scheduled for Thursday, February 18, 2016 at 10:00 a.m. is CANCELED; and

2. This case shall REMAIN in suspense pending the outcome of Student Aid Center's bankruptcy proceedings.

BY THE COURT:

/s/ Stewart Dalzell, J.