IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN ABELLA | : | CIVIL ACTION |
| v. | : | |
| STUDENT AID CENTER, INC. | : | NO. 15-3067 |

ORDER

AND NOW, this 22nd day of February, 2016, upon consideration of our Order from February 9 canceling the pretrial conference in this matter and keeping the case in suspense, is hereby ORDERED that plaintiff Abella's motion to certify the class (docket entry #2) is DISMISSED without prejudice to refiling pending the outcome of defendant Student Aid Center's bankruptcy proceedings.

BY THE COURT:


/s/ Stewart Dalzell, J.